## In re MADDEN.

(Circuit Court of Appeals, Second Circuit. August 22, 1901.)

BANKRUPTCY—GROUNDS FOR REVIEW OF ORDER.

Where an order requiring a bankrupt to execute an assignment to the trustee of a life insurance policy, which he had assigned to another prior to the adjudication, does not purport to affect the rights of the assignee, neither such assignee nor the bankrupt can complain of it, since the title of the bankrupt passed to the trustee by operation of law under Bankr. Act 1898, § 70.

Petition for Revision of Proceedings of the District Court of the United States for the Eastern District of New York, in Bankruptcy.

Henry B. Heylman and Raphael J. Moses, for petitioners.
Charles N. Morgan, for bankrupts.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. This is a petition of review of an order of a court of bankruptcy requiring the bankrupt to execute an assignment to the trustee in bankruptcy of a certain contract between himself and the Equitable Life Assurance Society of the United States. It appears that prior to the adjudication of bankruptcy the bankrupt had assigned the contract to Matilda J. Madden, his wife. As the order does not purport to pass upon the rights of Matilda J. Madden, and reserves them undetermined, she is not aggrieved, and is unaffected by it. The bankrupt himself is not aggrieved by the order, because by section 70 of the bankruptcy act the trustee takes by operation of law the bankrupt's title to all documents relating to his property. The petition of review is dismissed, for the reason that there is nothing in the order of which either of the petitioners has reason to complain.